# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.   4:11-cr-00089-REL-RAW |
| | ) | |
| NORMAN WAYNE DAVIS, III, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant, having both filed a written consent,
appeared before me pursuant to Rule 11, Fed. R. Crim. P. and L. Cr. R. 11. The Defendant entered
a plea of guilty to Count 1 of the Indictment. After cautioning and examining the Defendant under
oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was
knowing and voluntary as to that count, and that the offense charged is supported by an independent
factual basis concerning each of the essential elements of such offense. Defendant understands and
agrees to be bound by the terms of the Plea Agreement. I, therefore, recommend that the plea of
guilty be accepted, that a pre-sentence investigation and report be prepared, and that the Defendant
be adjudged guilty and have sentence imposed accordingly.

_____12·28·11_____         _____Celeste F Brn_____
Date                                CELESTE F. BREMER
                                    UNITED STATES MAGISTRATE JUDGE

## NOTICE

Failure to file written objections to this Report and Recommendation within fourteen (14) days from
the date of its service shall bar an aggrieved party from attacking such Report and Recommendation
before the assigned United States District Judge. 28 U.S.C. 636(b)(1)(B).